11090062
$939.59
6/16/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

     UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 939.59
CHECK # 15083 FOR $939.59
Representing unclaimed funds.

DATED: 6-15-2010

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE

FILED
JUN 16 2010
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 889738 | AWARSKI | 0415131 | 24.41 | ANNETTE M AWARSKI | 78 ALASKA ST. | | BUFFALO | NY | 14206 |
| 889739 | BENNETT | 0415646 | 1.75 | JASON F BENNETT | 3520 WERLE ROAD | | DUNKIRK | NY | 14048 |
| 889748 | MANNS | 0417590 | 20.28 | LEONARD & MICHELE MANNS | 99 CLAYTON STREET | | BUFFALO | NY | 14207 |
| 889752 | GOODWORTH | 0418065 | 38.87 | DAVID GOODWORTH & LAURA EL | 3742 E. MAIN RD. #30 | | FREDONIA | NY | 14063 |
| 889753 | RACZYNSKI | 0418701 | 8.81 | JOHN & JACQUELINE RACZYNSKI | 42 HOLLAND AVENUE | | LANCASTER | NY | 14086 |
| 889762 | KASTELIC | 0510506 | 2.86 | MICHELLE R KASTELIC | 6308 FISHER ROAD | | OAKFIELD | NY | 14125 |
| 889768 | FILIPPETTI | 0513821 | 20.41 | FRANK R FILIPPETTI | 94 JACKSON AVENUE | | LACKAWANNA | NY | 14218 |
| 889798 | BROWN | 0603310 | 5.02 | ALICE A BROWN | 59 A STREET | | DEPEW | NY | 14043 |
| 889800 | SILVIS | 0603541 | 5.00 | JAMES & DEBORAH SILVIS | 6301 JAVA LAKE ROAD | | ARCADE | NY | 14009 |
| 889805 | MCINNIS | 0701483 | 22.18 | WILLIAM A MCINNIS | 4105 N. BAILEY AVE. | | EGGERTSVILLE | NY | 14226 |
| 889811 | HARRIS | 0704244 | 5.00 | VAUGHN S HARRIS | 855 SUNNYSIDE DRIVE | | NIAGARA FALLS | NY | 143041 |
| 889814 | POLLO | 0810142 | 5.00 | JESSE & ANGELA POLLO | 138 MCKINLEY PKWY | | BUFFALO | NY | 14220 |
| 889817 | MCCLAIN, JR. | 0810494 | 5.00 | ERICSSON MCCLAIN, JR. & ANGE | 6071 STRAUSS ROAD #A | | LOCKPORT | NY | 140945 |
| 889818 | BROWN | 0810519 | 5.00 | DENISE L BROWN | 1593 E. DELEVAN AVE. | | CHEEKTOWAGA | NY | 14215 |
| 889821 | PETTY | 0810999 | 5.00 | BERNICE A PETTY | 194 LEMON STREET | | BUFFALO | NY | 14204 |
| 889827 | SAIA | 0813102 | 760.00 | SAMUEL R SAIA | 54 HEATH STREET | | BUFFALO | NY | 14214 |
| 889837 | GOLOMBEK | 0910728 | 5.00 | CHERYL A GOLOMBEK | 4966 WILLIAMS AVE. | | BEMUS POINT | NY | 14712 |

$939.59

```
    0•        c
    0•        c
 24•41        +
  1•75        +
 20•28        +
 38•87        +
  8•81        +
  2•86        +
 20•41        +
  5•02        +
  5•00        +
 22•18        +
  5•00        +
  5•00        +
  5•00        +
  5•00        +
  5•00        +
760•00        +
  5•00        +
939•59        *
  0•00        *
```